**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Curt Davis, Appellant.

Appellate Case No. 2017-000190

_____

Appeal From Lexington County
Eugene C. Griffith, Jr., Circuit Court Judge

_____

Unpublished Opinion No. 2018-UP-270
Submitted June 1, 2018 – Filed June 27, 2018

_____

**APPEAL DISMISSED**

_____

Appellate Defender Taylor Davis Gilliam, of Columbia,
and Curt Davis, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General John Benjamin Aplin,
both of Columbia, for Respondent.

_____

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.